EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawaii

EDRIC M. CHING   6697
Assistant United States Attorney
ATT: Financial Litigation Unit
Rm 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Fax:        (808) 541-3752
Email: Edric.Ching@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL NO.00-00737 SOM FIY |
| | ) | |
| Plaintiff, | ) | SATISFACTION OF JUDGMENT |
| | ) | AND RELEASE OF ABSTRACT |
| vs. | ) | OF JUDGMENT |
| | ) | |
| Kathy L. Irwin, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

SATISFACTION OF JUDGMENT AND
RELEASE OF ABSTRACT OF JUDGMENT

WHEREAS, on December 15, 2000, a Judgment was entered against Defendant **Kathy L. Irwin** in the United States District Court, District of Hawaii, in favor of Plaintiff UNITED STATES OF AMERICA, in the above-entitled action for the principal sum of $13,611.62, interest at the legal judgment rate of 6.241 percent

per annum, and an Abstract of Judgment was recorded in the Regular System in the Bureau of Conveyances, State of Hawaii, **BC Document #2005-055393** on March 21, 2005 and

WHEREAS, said Judgment debt owed by Defendant **Kathy L. Irwin** to Plaintiff UNITED STATES OF AMERICA has been fully satisfied.

THEREFORE, Plaintiff UNITED STATES OF AMERICA releases said Abstract of Judgment as to Defendant **Kathy L. Irwin (SSN: XXX-XX-9979)**.

DATE: <u>July 7, 2006</u>, Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

/s/ Edric M. Ching

By:_____
    EDRIC M. CHING
    Assistant U.S. Attorney

Attorneys for the Plaintiff